Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **A&T SPVH, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **DOE-24.22.60.250,** <br><br> Defendant. | Case No.: 3:15-cv-00676 <br><br> PLAINTIFF'S RULE 7.1 DISCLOSURE |

PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff states it has no parent corporation and no publicly held corporation owns 10% or more of their stock.

DATED: April 21, 2015.

/s/ Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
(503) 581-1240
Of attorneys for plaintiff