Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **A&T SPVH, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **DOE-24.22.60.250,** <br><br> Defendant. | Case No.: 3:15-cv-00676-JE <br><br> NOTICE OF DISMISSAL <br> FRCP 41(a)(1)(A)(i) |

As ISP Comcast is unable to identify the subscriber assigned IP address 24.22.60.250 with sufficient specificity to permit plaintiff to identify the infringing defendant, plaintiff dismisses this action by notice and without prejudice pursuant to FRCP 41(a)(1)(A)(i).

DATED: May 14, 2015.

/s/ Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
(503) 581-1240
Of attorneys for plaintiff